**Herman PENA Plaintiff—Appellant,**

v.

**J. PENA Defendant—Appellee.**

No. 03–20097.

Summary Calendar

United States Court of Appeals, Fifth Circuit.

Oct. 8, 2003.

Before KING, Chief Judge, and DAVIS and BARKSDALE, Circuit Judges.

PER CURIAM.*

Herman Pena appeals the summary judgement dismissal of his 42 U.S.C. § 1983 action alleging that he was improperly beaten while incarcerated. As he has failed to offer any evidence or allegation of injury, *see Little v. Liquid Air Corp.*, 37 F.3d 1069, 1075 (5th Cir.1994) (en banc), the district court properly granted the defendant's motion for summary judgment. *See Siglar v. Hightower*, 112 F.3d 191, 193 (5th Cir.1997) (the defendant must allege more than a de minimis injury); 42 U.S.C. § 1997e(e).

AFFIRMED; motion for appointment of counsel DENIED.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.